JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | CV 20-2893 PA (MRWx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| KONGSAK PHITAYANUKARN, et al., | |
| Defendants. | |

    Pursuant to the Court's August 19, 2020 Minute Order dismissing this action as moot,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED August 19, 2020

                                                  Percy Anderson
                                       UNITED STATES DISTRICT JUDGE